1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,         )        Case No.: CR10-602-GHK-10
11
                 Plaintiff,       )        ORDER OF DETENTION PENDING
12                                )        FURTHER REVOCATION
                                  )        PROCEEDINGS
13        v.                      )        (FED. R. CRIM. P. 32.1(a)(6); 18
      Romeo Roy aranda            )        U.S.C. § 3143(a)(1))
14                                )
                 Defendant.       )
15 _____    )

16        The defendant having been arrested in this District pursuant to a warrant

17 issued by the United States District Court for the ___Central___ District of

18 ___California___ for alleged violation(s) of the terms and conditions of probation

19 or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22 A.  (X)   The defendant has not met his/her burden of establishing by clear and

23         convincing evidence that he/she is not likely to flee if released under 18

24         U.S.C. § 3142(b) or (c).  This finding is based on the following:

25         (X)   information in the Pretrial Services Report and Recommendation

26         (X)   information in the violation petition and report(s)

27         (X)   the defendant's nonobjection to detention at this time

28         ( )   other: _____

                                           1

1    and/ or

2  B. (X)    The defendant has not met his/her burden of establishing by clear and

3            convincing evidence that he/she is not likely to pose a danger to the

4            safety of any other person or the community if released under 18 U.S.C.

5            § 3142(b) or (c).  This finding is based on the following:

6            (X)    information in the Pretrial Services Report and Recommendation

7            (X)    information in the violation petition and report(s)

8            (X)    the defendant's nonobjection to detention at this time

9            ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  October 25, 2016        _____

15                                          SHERI PYM
                                     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2